No. 210. FALLEN v. UNITED STATES. Certiorari, 374 U. S. 826, to the United States Court of Appeals for the Fifth Circuit. The motion for the appointment of counsel is granted and it is ordered that *William B. Killian, Esquire,* of Miami, Florida, be, and he is hereby, appointed to serve as counsel for the petitioner in this case.

No. 294, Misc. BURKEY v. RUSSELL, CORRECTIONAL SUPERINTENDENT. Motion for leave to file petition for writ of certiorari denied without prejudice to an application to the appropriate United States District Court for relief in light of *Fay* v. *Noia,* 372 U. S. 391.

No. 190, Misc. STREIT v. BENNETT, WARDEN;
No. 210, Misc. PERRY v. PATE, WARDEN, ET AL.;
No. 235, Misc. EX PARTE SCHLETTE;
No. 241, Misc. HAMLIN v. WILSON, CORRECTIONAL SUPERINTENDENT, ET AL.;
No. 264, Misc. TURPIN v. MAXWELL, WARDEN;
No. 283, Misc. ELLIS v. CUNNINGHAM, PENITENTIARY SUPERINTENDENT;
No. 326, Misc. EX PARTE LEE;
No. 331, Misc. CHASE v. ROSELLINI, GOVERNOR OF WASHINGTON, ET AL.;
No. 340, Misc. MADDOX v. ALABAMA;
No. 354, Misc. ELLIS v. CLEMMER, CORRECTIONS DIRECTOR, ET AL.;
No. 364, Misc. CHAPMAN v. MAXWELL, WARDEN;
No. 444, Misc. PATTON v. MAXWELL, WARDEN;
No. 449, Misc. OUGHTON v. TAYLOR, WARDEN;
No. 457, Misc. DODGE v. EYMAN, WARDEN; and
No. 470, Misc. PRICE v. MARYLAND. Motions for leave to file petitions for writs of habeas corpus denied.

No. 130, Misc. BIGGS v. WILL ET AL. Motion for leave to file petition for writ of mandamus denied.